■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER R. CADBY, Appellant. — Judgment unanimously reversed, on the law and facts, and a new trial granted. Same memorandum as in *People v Eadie* (83 AD2d 773). (Appeal from judgment of Erie Supreme Court, Kasler, J. — sodomy, first degree.) Present — Cardamone, J.P., Simons, Hancock, Jr., Callahan and Denman, JJ.